## Commonwealth ex rel. Weilgozynska *v.* Smith, Warden.

Argued October 11, 1943. Before KELLER, P. J.,

548

BALDRIGE, STADTFELD, RHODES, HIRT, KENWORTHEY and RENO, JJ.

*William T. Connor,* with him *John R. K. Scott,* for relator.

*Franklin E. Barr,* for Commonwealth.

PER CURIAM, April 11, 1944:

This is a petition for writ of habeas corpus. The application is ruled by *Commonwealth ex rel. Lerner v. Smith,* 151 Pa. Superior Ct. 265, 30 A. 2d 347, and *Commonwealth ex rel. Wheeler v. Smith,* 104 Miscellaneous Docket No. 8, in the Supreme Court, where the writ was refused (November 29, 1943) on the authority of *Commonwealth ex rel. Lerner v. Smith,* supra.

Writ is refused.